# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DERRICK HARVEY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **NO. 10-cv-647-DRH** |
| | ) | |
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

This action came before the Court, Chief District Judge David R. Herndon, for consideration of Petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that:

1.     Petitioner Derrick Harvey's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, brought pursuant to 28 U.S.C. § 2255(e), is hereby **GRANTED**;

2.     Petitioner Harvey's career offender-enhanced sentence imposed by the United States District Court for the Eastern District of Missouri in No. 99-cr-81-CAS-1 is **VACATED**;

3.     The Clerk is **DIRECTED** to immediately forward a copy of the following materials from the file in this case to the Clerk of the United States District Court for the Eastern District of Missouri for filing in No. 99-CR-81-CAS-1:

   a. This Judgment
   b. The accompanying Order
   c. The docket sheet

      d.  Docket Nos. 10–12, 18, 25–26, 28, and 31;

    4.     Because Petitioner will likely receive a new sentence that is less than the time he has already served, these materials shall be immediately forwarded to the Clerk for filing in No. 99-CR-81-CAS-1, so as to expedite the proceedings as much as possible.

    **DATED**: March 14, 2012

                    NANCY J. ROSENSTENGEL, CLERK

                    By: s/ Tanya Kelley
                        Deputy Clerk

David R. Herndon
2012.03.14
06:04:20 -05'00'

APPROVED: _____
          Chief Judge
          United States District Court